IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN M. GILL,** | Case No. 16-cv-01177-WHO |
| Petitioner, | **ORDER** |
| v. | |
| **MACDONALD, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until July 25, 2016 to file a response to the petition for writ of habeas corpus. Petitioner may file and serve a reply to the motion to dismiss or traverse to the answer within 30 days of his receipt of the respondent's response to the petition for writ of habeas corpus.

Dated: June 10, 2016

_____
The Honorable William H. Orrick

Order (16-cv-01177-WHO)